UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 08-81087-CIV-MARRA/JOHNSON

HUBERT MITCHELL,

    Plaintiff,

v.

BARNARD CONSTRUCTION COMPANY, INC.,

    Defendant.
_____/

## ORDER AND OPINION ON DEFENDANT'S MOTIONS TO TAX COSTS

THIS CAUSE is before the Court upon Defendant's Motion to Tax Costs (DE 17), filed September 30, 2009.  Plaintiff has failed to file a response to the motion and the deadline to respond has passed.  The Court has carefully reviewed the motion, the file in this case, and is otherwise fully advised in the premises.

Costs

Defendant is the prevailing party in this matter, pursuant to the Court's Order dated September 22, 2009, granting Defendant's Motion for Summary Judgment.  Pursuant to Fed. R. Civ. P. 54(d), Local Rule 7.3, and 28 U.S.C.A. § 1920, costs should be allocated to the prevailing party.

Defendant's Motion to Tax Costs (DE 17) seeks $2,058.15 in costs.  The $220 mediation fee is not a taxable cost under § 1920. See Global Patent Holdings, LLC v. Panthers BRHC LLC, 2009 WL 1809983, *2 (S.D.Fla. 2009).  Thus, Defendant's taxable costs related to its Motion to Tax Costs is reduced by $220.00 to $1,838.15.

Based upon the foregoing, Defendant is entitled to an award of $1,838.15 in costs.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 26th day of October, 2009.

											_____
											KENNETH A. MARRA
											United States District Court

Copies furnished to:
all counsel of record